**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
Case No. **2:12–bk–09936–SSC**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    DARRIN M STOCK
    9108 WEST CALLE LEJOS
    PEORIA, AZ 85383

Social Security / Individual Taxpayer ID No.:
    xxx–xx–0747

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                BY THE COURT

Dated: 8/20/12                 Sarah Sharer Curley
                                    United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Arizona

In re:  
DARRIN M STOCK  
    Debtor

Case No. 12-09936-SSC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2     Date Rcvd: Aug 20, 2012  
                           Form ID: b18     Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2012.
db         +DARRIN M STOCK,   9108 WEST CALLE LEJOS,    PEORIA, AZ 85383-1132
11366230   +AURORA BEHAVIORAL HEALTH SYSTEMS,   6015 W. PEORIA AVE.,    GLENDALE AZ 85302-1213
11366231   +BANNER HEALTH,   PETER FINE, PRESIDENT,    1441 N. 12TH ST.,    PHOENIX AZ 85006-2837
11366234   +CARPENTER, HAZLEWOOD, DELGADO & BOLEN PL,   1400 E. SOUTHERN AVE., SUITE 400,
             TEMPE AZ 85282-5693
11366237   +EMERGENCY PHYSICIAN PROFESSIONALS,   PO BOX 40850,    MESA AZ 85274-0850
11366238    GEICO CASUALTY COMPANY,   ONE GEICO PLAZA,    WASHINGTON DC 20046-0001
11366241   +NORTH VALLEY JUSTICE COURT,   CLERK OF THE COURT,    14264 W. TIERRA BUENA LANE,
             SURPRISE AZ 85374-7419
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          EDI: FAHMASON.COM Aug 21 2012 01:38:00     ANTHONY H. MASON,   P.O. BOX 4427,
             PHOENIX, AZ  85030-4427
smg         EDI: AZDEPREV.COM Aug 21 2012 01:38:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
cr         +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 21 2012 04:01:59
             Capital One Auto Finance Department,   c/o Ascension Capital Group,   P.O. Box 201347,
             Arlington, TX 76006-1347
11366232   +EDI: CAPITALONE.COM Aug 21 2012 01:38:00     CAPITAL ONE,   PO BOX 30281,
             SALT LAKE CITY UT 84130-0281
11366233    E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Aug 21 2012 02:26:39
             CAPITAL ONE AUTO FINANCE,   P.O. BOX 93016,    LONG BEACH CA 90809-3016
11366235   +EDI: CCS.COM Aug 21 2012 01:39:00     CCS COLLECTIONS,   2 WELLS AVE,
             NEWTON CENTER MA 02459-3246
11366240   +EDI: GMACFS.COM Aug 21 2012 01:38:00     NATIONAL AUTO FINANCE,   17500 CHENAL PKWY ST,
             LITTLE ROCK AR 72223-9131
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11366236    DOREEN J. STOCK
11366239    INSPIRATION AT STETSON VALLEY CONDO
                                                                                 TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2012**          **Signature:** *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2012 at the address(es) listed below:
          ANTHONY H. MASON    ecfmason@earthlink.net,   ahm@trustesolutions.com;am@trustesolutions.net
          MARTIN 1 CREAVEN    on behalf of Debtor DARRIN STOCK martinc@arizonalawcenter.com
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                  TOTAL: 3